UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD STEWART, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. 18-1779 |
| KATHY BRITTAIN *et al.*, | : |
| Respondents. | : |

## ORDER

**AND NOW** this 9th day of September, 2022, it is hereby **ORDERED** as follows:

1. Petitioner Donald Stewart has filed another Motion for Leave to Proceed In Forma Pauperis (ECF No. 48).  As with his prior motions, the current motion is **DENIED AS MOOT** because Petitioner has already paid his filing fee (ECF Nos. 10, 11);

2. Petitioner Donald Stewart's Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**;

3. The Report and Recommendation of United States Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

4. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" nor under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 263-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and

5. The Clerk of Court shall mark this file closed.

                                            **BY THE COURT:**

                                      */s/ Jeffrey L. Schmehl*
                                      **JEFFREY L. SCHMEHL, J.**